IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PANFILO FLORES, JR.,            No. C 12-794 SI

      Plaintiff,                        **ORDER REFERRING CASE TO MEDIATION**

  v.

GMAC MORTGAGE, LLC, ET AL.,

      Defendants.

       On June 18, 2012, the Court referred this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. ADR has informed the Court that this case is appropriate for mediation. The Court hereby REFERS the case to mediation. ADR has recommended that the Court set a short, 60-day deadline, which the Court agrees to do. The mediation shall be completed by **October 24, 2012.** The Case Management Conference currently set for August 31, 2012 is hereby VACATED. The parties shall inform the Court of the outcome of the mediation; defendant's motion to dismiss will be reset for hearing if necessary.

     **IT IS SO ORDERED.**

Dated: August 21, 2012

                                                    SUSAN ILLSTON
                                                    United States District Judge