Law Offices of Mark W. Lapham
Mark W. Lapham, ESQ. (SBN 146352)
751 Diablo Rd.
Danville, California 94526
Telephone:   (925) 837-9007
Facsimile:    (925) 406-1616

Attorneys for Plaintiff
PANIFILO FLORES JR., and IRENE FLORES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANIFILO FLORES JR., and IRENE FLORES<br><br>Plaintiffs,<br><br>vs.<br><br>GMAC MORTGAGE, LLC, EXECUTIVE TRUSTEE SERVICES, LLC D/B/A/ ETS SERVICES, LLC, AND MORTGAGE ELECTRONIC SYSTEMS, INC. AND DOES 1-100 inclusive.<br><br>Defendants. | Case No. 12-00794 SI<br><br>Judge: Hon. Susan Illston<br>Date:   March 29, 2013<br>Time:   3:00 p.m.<br>Courtroom: 10, FL. 19<br><br>**STIPULATED REQUEST TO CONTINUE THE CMC HEARING UNTIL APRIL 26, 2013**<br><br>Complaint Filed:   February 12, 2012 |

## STIPULATION

Plaintiffs and Defendants, hereby stipulate through their respective counsel as follows: That a case management conference hearing ("CMC") has been set for the 29th of March, 2013 with District Court Judge Susan Illston. Plaintiffs' counsel has a conflicting schedule that precludes him from being present at the hearing. The Parties agree to stipulate to a new date of April 26, 2013 for their CMC hearing before Judge Illston.   IT IS SO STIPULATED:


DATED This 25th day of March, 2013.

-1-

19000.1218/2625096.1

Dated:  March 25th, 2013                **LAW OFFICES OF MARK W. LAPHAM**

By:     /s/ *Mark W. Lapham*
MARK W. LAPHAM, SBN 146352
Attorney for Plaintiffs PANIFILO FLORES JR.,
and IRENE FLORES

Dated:  March 25th, 2013                **SEVERSON AND WERSON, PC**

  /s/ *Jon D. Ives*

By:  JON IVES (SBN 230582)

ONE EMBARCADER CENTER, SUITE 2600

SAN FRANCISCO, CA   94111

Attorneys for Defendants GMAC MORTGAGE et al.

ORDER

The CMC hearing scheduled for March 29, 2013 is continued until April 26, 2013.

IT IS SO ORDERED.

3/26/13                                   _____

HONORABLE SUSAN ILLSTON

UNITED STATES DISTRICT JUDGE

19000.1218/2625096.1