IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI PERRY, | No. C 12-06474 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| NONA CUNNINGHAM, MD, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 30, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 20, 2013 .

DESIGNATION OF EXPERTS: 10/18/13; REBUTTAL: 11/1/13.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 17, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by January 24, 2014;

   Opp. Due February 7, 2014;  Reply Due February 14, 2014;

    and set for hearing no later than February 28, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 1, 2014 at 3:30 PM.

JURY TRIAL DATE: April 14, 2014  at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendants Nona Cunningham and Prima Medical Group may file an amended answer May 10, 2013. The parties shall participate in private mediation by August 2013.  Counsel shall inform the Court of the name of the mediator selected by the parties by May 20, 2013,

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/29/13

SUSAN ILLSTON
United States District Judge