**United States District Court**
For the Northern District of California

1
2
3
4
5                        IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8
PANFILO FLORES, JR. and IRENE                No. C 12-794 SI
9  FLORES,
                                             **JUDGMENT**
10              Plaintiffs,

11      v.

12  GMAC MORTGAGE, LLC, et al.,

13              Defendants.
                                        /
14

15          This action has been dismissed with prejudice for failure to state a claim.  Judgment is entered

16  accordingly.

17

18          **IT IS SO ORDERED.**

19

20  Dated: May 14, 2013                                    _____
                                                           SUSAN ILLSTON
21                                                         United States District Judge

22
23
24
25
26
27
28