IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANFILO FLORES, JR. and IRENE FLORES,<br><br>        Plaintiffs,<br><br>  v.<br><br>GMAC MORTGAGE, LLC, et al.,<br><br>        Defendants.<br>_____ / | No. C 12-794 SI<br><br>**JUDGMENT** |

This action has been dismissed with prejudice for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: May 14, 2013

SUSAN ILLSTON
United States District Judge